On respondent's motion to dismiss filed November 17,
allowed November 24, 1975

JAMES RHYNE, *Petitioner, v.* OREGON STATE
PENITÉNTIARY (No. 06-75-198, CA 4964),
*Respondent.*
542 P2d 495

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, filed the motion to dismiss.

No appearance contra.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

PER CURIAM.

RESPONDENT'S MOTION TO DISMISS ALLOWED.